UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No.: 1:00cr15 – SPM

WILLIAM H. BLACK,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION OF SENTENCE

This cause comes before the Court on the disclosures submitted by Defendant William H. Black, which will be filed under seal and treated as a motion for reconsideration of sentence.

Defendant's disclosures fail to provide an accounting that explains why the settlement funds were transferred, how they were spent, and how much, if any, remain available to Defendant. According to Defendant's disclosures, he did not receive any of the settlement funds from PMI's lawsuit, aside from $88,819.67 that was eventually transferred to a First Tennessee Bank trust account controlled by him. No explanation is provided for why Defendant received so little.

Defendant's disclosures show that $1.5 million in settlement funds were paid to Defendant's wife, Carla Harris Black. No explanation is provided to show that Carla Harris Black in fact legitimately received these funds. According to Carla Harris Black's bankruptcy deposition testimony (doc. 1346-7, at pp.5,16-21) Defendant controlled $700,000.00 in settlement funds that was placed in the Dupri Funding account, he disbursed the money to many different places, and she received approximately $180,000.00, which was used as a down payment on a house.

Defendant's disclosures also show that $807,000 in settlement funds was transferred to The Law Funder. No explanation is given for this transfer and how any advance received by The Law Funder was spent.

The other transfers on Defendant's disclosures are likewise unaccounted for. Defendant's disclosures show that he received loans or gifts from five companies and 20 people, many of whom received settlement proceeds (Reaching New Heights, Professional Management Inc.,Carla Harris Black, Shayla Black, Robert Bragdon, and Michael Brobeck). No details are provided as to how much Defendant received and why.

The disclosures submitted by Defendant fail to provide a complete accounting of the settlement funds and Defendant's assets. Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's Motion for Reconsideration (doc. 1369) is denied.

Case No.: 1:00cr15 – SPM

2.      The denial is without prejudice to Defendant's opportunity to file a new motion for reconsideration on or before September 6, 2011.

DONE AND ORDERED this 1st day of September, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge